Submitted on record and briefs February 2,
reversed and remanded March 14, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ROBERT ELWOOD BURDICK,
*Defendant-Appellant.*

Deschutes County Circuit Court
03FE1195ST; A127446

154 P3d 173

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, Legal Services Division, and Ernest G. Lannet, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Christina M. Hutchins, Senior Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

**PER CURIAM**

Defendant was charged with possession of a controlled substance, *former* ORS 475.992(4)(b) (2003), *renumbered as* ORS 475.840 (2005), and entered a conditional plea of guilty after the trial court denied his motion to suppress evidence. On appeal, defendant contends that the trial court erred in denying his motion to suppress, because the evidence was found after defendant consented to a search of his car at a time when he had been stopped without reasonable suspicion. The state concedes that, under *State v. Hall*, 339 Or 7, 115 P3d 908 (2005), the evidence should have been suppressed. We accept the state's concession as well-founded.

Reversed and remanded.